UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER WALKER,

                Plaintiff,

    vs.

COUNTY OF LOS ANGELES, ET AL.,

              Defendants.

CASE NO. CV 07-07452 ABC (RZ)

ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: 6 /26/ 8

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE