# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WALKER,<br><br>           Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>           Defendants. | CASE NO. CV 07-07452 ABC (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 6/26/08

                                                             _____
                                                             AUDREY B. COLLINS
                                                      UNITED STATES DISTRICT JUDGE